H40777

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
MAR 3 0 2006
US MARSHALS
RHODE ISLAND

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
FERMIN ANTONIO MEDINA
a/k/a Guillermo Rodriguez

## WARRANT FOR ARREST

Case Number: 1:06 M 36 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FERMIN ANTONIO MEDINA a/k/a/ Guillermo Rodriguez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ILLEGAL REENTRY AFTER BEING DEPORTED SUBSEQUENT TO AN AGGRAVATED FELONY CONVICTION.

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(1)

David L. Martin
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

3-30-06 Providence RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 03/30/2006 | CJ Wyant SDUSM | CJ Wyant |
| DATE OF ARREST 04/03/2006 | | |