AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:06 MJ - 00036 DLM - ALL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fermin Antonio Medina

5/4/06

*Date*

[signature]

*Signature*

Matthew S. Smith #4180

*Print Name*

1206 Westminster St.

*Address*

Prov. RI 02909

*City* *State* *Zip Code*

401 272-7277

*Phone Number*