UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR NO CR06-M36-M

FERMIN ANTONIO MEDINA :

MOTION TO WITHDRAW

NOW COMES the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby withdraws his appearance on behalf of the defendant, Fermin Antonio Medina. In support of this motion, the undersigned states the Mr. Medina has retained private counsel to represent him in this matter.

Respectfully Submitted,

Kevin J. Fitzgerald
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 4th day of May, 2006, I mailed a true copy of the within motion to Dulce Donovan, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.