**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 1:06-M-36-M |
| FERMIN ANTONIO MEDINA, | ) | |
| a/k/a Guillermo Rodriguez | ) | |

**MOTION TO EXTEND TIME LIMITS**
**UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Dulce Donovan, Assistant United States Attorney, and hereby moves, pursuant to 18 U.S.C. § 3161, to extend by an additional thirty (30) days the time within which an information or indictment against the defendant must be filed.

In support of this motion, the government states that:

1. On March 30, 2006, the United States charged the defendant by way of criminal complaint. Pursuant to 18 U.S.C. § 3161, the United States was required to charge defendant by indictment or information by April 29, 2006.

2. On April 12, 2006, the Court granted defendant's motion to continue the proceedings in this case thirty (30) days. Thus, the deadline by which the United States was required to charge defendant was extended to May 26, 2006.

3. On May 5, 2006 the Court granted Assistant Federal Public Defender Fitzgerald's Motion to Withdraw and privately retained counsel, Matthew B. Smith, Esquire, was entered as counsel for the

defendant. As of this date, the government has had conversations with defendant's privately retained counsel concerning a disposition in this matter. These discussions have concerned a possible waiver of indictment and a guilty plea to an information, which would thereby render trial of this matter unnecessary. Both the United States and the defendant desire additional time to continue plea negotiations.

4. The instant motion will extend the charging deadline pursuant to 18 U.S.C. § 3161 until June 23, 2006.

5. Defendant has consented to the aforementioned continuance.

6. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, the government requests that the instant motion be granted and that the period of time from May 26, 2006 through June 23, 2006 be excluded from the thirty-day period set forth in 18 U.S.C. § 3161.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 1:06-M-36-M |
| FERMIN ANTONIO MEDINA, | ) | |
| a/k/a Guillermo Rodriguez | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2006, I sent a true copy of the within Motion to Extend Time Limits Under the Speedy Trial Act, 18 U.S.C. § 3161, by ordinary mail and postage prepaid, to:

Matthew B. Smith, Esquire
1206 Westminster Street
Providence, Rhode Island 02909.

[signature]