IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 73 ML |
| | ) | |
| v. | ) | CR. No. |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(1) |
| | ) | |
| FERMIN ANTONIO MEDINA | ) | |
| a/k/a Guillermo Rodriguez | ) | |

**INDICTMENT**

The Grand Jury charges that:

On or about March 16, 2006, Defendant FERMIN ANTONIO MEDINA, a/k/a Guillermo Rodriguez, an alien who had previously been deported from the United States after having been convicted of a felony, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
Assistant U.S. Attorney

DULCE DONOVAN
Assistant U.S. Attorney

DATE: June 21, 2006

SCANNED