AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Fermin Antonio Medina

APPEARANCE

CASE NUMBER: CR 06-73ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fermin Antonio Medina

I certify that I am admitted to practice in this court.

6/23/06
*Date*

[signature]
*Signature*

Matthew B. Smith #4100
*Print Name* *Bar Number*

1006 Westminster St.
*Address*

Prov. RI 02909
*City* *State* *Zip Code*

(401) 272-7277
*Phone Number*

(401) 454-5557 (FAX)
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.