UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-073ML |
| | : | |
| FERMIN ANTONIO MEDINA | : | |

**UNITED STATES' MOTION PURSUANT TO U.S.S.G. § 3E1.1.(B)**

The United States, through undersigned counsel, hereby moves the Court pursuant to U.S.S.G. § 3E1.1 to award the Defendant, Fermin Antonio Medina, an additional one-level decrease in his offense level at the time of sentencing. In support thereof, the United States avers the following:

1. On June 21, 2006, the grand jury returned the Indictment against the defendant.

2. On July 26, 2006, the defendant signed a Plea Agreement agreeing to plead guilty to the Indictment. On August 31, 2006, the defendant plead guilty to the Indictment.

3. Paragraphs 2(b) and (c) of the Plea Agreement provides that in exchange for defendant's plea of guilty, at the time of sentencing, the Government agrees to recommend a two or three-level reduction in the offense level, whichever is applicable, for acceptance of responsibility under U.S.S.G. § 3E1.1 of the guidelines.

5. Pursuant to U.S.S.G. § 3E1.1(a), if the defendant

"clearly demonstrates acceptance of responsibility for his offense," the Court shall decrease his offense level by two-levels.

6. Pursuant to U.S.S.G. § 3E1.1(b), the defendant may qualify for an additional one-level decrease if he qualifies for a two-level decrease under § 3E1.1(a), his overall offense level is 16 or greater, and upon motion of the government stating that "the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently . . . ." U.S.S.G. § 3E1.1(b).

7. In the instant case, Defendant qualifies for a two-level decrease under § 3E1.1(a), his overall offense level is 21, and he has in fact "assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently." Accordingly, pursuant to U.S.S.G. § 3E1.1(b), the Government maintains that Defendant qualifies for an additional one-level decrease in his offense level.

Wherefore, the United States respectfully requests that pursuant to U.S.S.G. § 3E1.1(b), at the time of sentencing, the Court award defendant Fermin Antonio Medina an additional one-level decrease in his offense level for acceptance of responsibility.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant U.S. Attorney