Fermin Antonio Medina
Donald W. Wyatt Det. Fac.
950 High Street
Central Falls, RI 02863

2006 NOV 22 P 1:46

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PROVIDENCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA plaintiff | ) | |
| VS. | ) | Case No. 06-00073-01 ML |
| FERMIN ANTONIO MEDINA Defendant | ) | NOTICE OF APPEAL |

COMES NOW, the defendant, Fermin Antonio Medina, pro se, and hereby gives notice of appeal from the jugment and sentenced imposed by this court on November 17, 2006 to 11.30 am. by the Honorable Mary M. Lisi, United States District Judge.

Respectfully submitted this 17th day of November, 2006.

FERMIN ANTONIO MEDINA

Copy Mailed this 17th day of November, 2006 to each of the following;

Assistant U.S. attorney.
Dulce Donovan, Esq.
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Retained Counsel.
Matthew B. Smith, Esq.
1206 Westminster, Street
Providence RI 02909

cc/Filed.