IN the United States District Court for the District of Rhode Island

United States of America

Vs

Fermin Antonio Medina

Docket No CR 06-00073-01 (ML)
Appeal No 06-2651

Legal Request for Appointment of Counsel under the Indigency Provision

I, Fermin Antonio Medina an Indigent defendant hereby Respectfully Request of this Hon. Court To appoint me an Attorney For the Proceedings of My Direct Appeal.
that I am discontent with the Representation of My Attorney on Record MR Matthew B Smith. I No Longer Need the Legal assistance of MR Matthew Smith, thus I Respectfully Request for an Appointment of Counsel.
Please see the attached Financial Affidavit.

(2)

Respectfully Requested for

Date February - 2007

[signature]

Fermin Antonio Medina
Reg No 05737-070
F.C.I Ray Brook
Po Box 9004
Ray Brook Ny 12977