# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

***February 16, 2007***

***Richard Donovan, Clerk***
***U.S. Court of Appeals***
***One Courthouse Way, Suite 2500***
***Boston, MA 02109***

***RE: USA v. Fermin Antonio Medina***
***USDC-RI CA 06-073-01ML***
***USCA NO. #***

***Dear Mr. Donovan:***

***Enclosed herewith please find a Motion to Appoint Counsel which was filed here in error on February 12, 2007.***

***Kindly acknowledge receipt for the same on the enclosed copy of this letter.***

***Sincerely yours,***

***David A. DiMarzio***
***Clerk of Court***

***By:*** Barbara Barletta
***Deputy Clerk***

***Enc. Order granting M/Appeal IFP (DE #68)***