UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 27, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-073ML **CCA# __________**
USA v. Fermin Antonio Medina, a/k/a...

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By__________________________
John Duhamel
Deputy Clerk

Encl.: **Doc# 33 (transcript: 8/29/06 C/Plea Hearing)**
**Doc# 34 (transcript: 11/17/06 Sentencing Hearing)**
Certified docket