UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA
Appellee,

, v. CASE NO# 06-73 ML

FERMIN ANTONIO MEDINA,
Defendants/Appellant

**REQUEST FOR EXPIDITED DETERMINATION OF A DIRECT APPEAL**

I am the Appellant in the above case filed on May 2007 seeking another opportunity to challengue the statute used in my sentence. Title 18 U.S.C. 3584 gives a federal judge the opportunity to run a state sentence concurrent with a federal sentence,and that only happens when the prosecuter produced the Defendant to Court before the state sentence expired.

And even though I accept responsibility for my actions I was still serving 4 month before my state sentence expired.

It is the responsibility of the District Attourney to produce the Defendant to face the charges before the state term expired giving the Defendant the opportunity for a concurrent sentence.

Under the good faith of the District Court Federal Law is used to grant the person an opportunity to serve only one sentence.

I patiently wait for your response on my direct appeal,

sincerely submitted

cc:file