UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

FERMIN ANTONIO MEDINA,
petitioner

DOCKET NO. 1:06CR0073-01ML
MEMORANDUM IN SUPPORT OF
4 LEVEL REDUCTION.

v.

UNITED STATES OF AMERICA,
Respondent,

---

**FAST TRACK PROGRAM**
**REQUEST FOR 4 LEVEL REDUCTION UNDER**
**UNITED STATES SENTENCING GUIDELINESS 5K3.1**

Petitioner, FERMIN ANTONIO MEDINA,a citizen of the Dominican Republic is a legal alien who never was consider for the"Fast Track Program" at time for sentencing.This reduction allows an alien to take the reduction if he agree to immediate deportation upon completion of his sentence. USSG 5K3.1 early Disposition Program is a substantial saving to the U.S. Goverment as the petitioner gives up the right to a hearing by the immigration court as being allowed to remain in the United States. The Sentencing Commission complied,establishing USSG,§ 5K3.1 which mirrored the PROTECT ACT'S language, section 5K3.1 reads:

Upon motion of the Goverment,the court may depart downward not more than 4 levels pursuant to an early disposition program authorized by the Attorney General of the United States and the United States Attorney for the district in which the court resides.

Congress authorized fast track programs to help prosecutors and judges reduce the queue of pending cases.

**FAST TRACK PROGRAMS** early disposition sentencing program.

see UNITED STATES v. MARTINEZ-FLORES
428 F3d 22,25 ( 1st Cir. 2005 )

**BACKGROUND**

On June 21,2006, a federal grand jury charged Medina with a reentry offense under 8 U.S.C. 1326(a) and (b) (1).

On July 26,2006, Medina and his attorney signed a plea agreement which stated in pertinent part: " Medina understands that he may have the right to file a direct appeal from the sentence imposed by the court. Petitioner hereby waives his right to file a direct appeal,if the sentence imposed by the court is within the guideline range, But Medina wasn't allowed to apply for the fast track program at time of sentencing. Petitioner request that the attorney General or the district attorney appointed for this court submit a motion granting petitioner a 4 level reduction under the USSG 5K3.1 early disposition program.

**CONCLUSION**

Petitioner would like to take advantage of the FAST TRACK PROGRAM reduction and will accept immediate deportation upon completion of petitioner sentence. Petitioner requests that the court allow him the four level reduction and therefore an adjustment to his sentence.

DATE 5-12-08

[signature] signature

pro se
FERMIN ANTONIO MEDINA
Reg.# 05737-070
FCI RAY BROOK
P.O. BOX 9004
RAY BROOK,NEW YORK 12977

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FERMIN ANTONIO MEDINA,
petitioner

DOCKET NO. 1:06CR0073-01ML

v.

UNITED STATES OF AMERICA,
respondent,

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he is an Inmate at FCI RAY BROOK and is a person of such age and discretion as to be competent to serve papers.

that on May 12 2008 he served a copy of the attached

**MEMORANDUM IN SUPPORT OF 4 LEVEL REDUCTION UNDER THE FAST TRACK PROGRAM**

by placing said copy in postpaid envelopes addressed to the persons named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at FCI RAY BROOK NEW YORK,

ADDRESSE:

FEDERAL COURT BUILDING
PROVIDENCE,RI 02863

U.S. ATTORNEY OFFICE
Fleet Center
50 Kennedy Plaza
8thd floor
PROVIDENCE,RI 02903

ATTORNEY GENERAL
10th street and Constitution avenue
N.W. Washington DC 20530 Room 5137