UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.R. NO. 06-073ML |
| FERMIN ANTONIO MEDINA Defendant | ) | |

MOTION FOR EXTENSION OF TIME

Comes now the United States, by and through its undersigned attorneys, and hereby requests the Court to enter an order enlarging the time within which it may file its response to Defendant's Memorandum in Support of 4 Level Reduction, up to and including June 12, 2008.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan

DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

On the 2nd day of June, 2008, I caused the within Motion for Extension of Time to be filed electronically and it is available for viewing and downloading from the CM/ECF System. Notification by first-class mail, postage prepaid to:

Fermin Antonio Medina
Reg. # 05737-070
FCI Ray Brook
P.O. Box 9004
Ray Brook, New York 12977

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov