UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.R. NO. 06-073ML |
| FERMIN ANTONIO MEDINA, Defendant | ) | |

MOTION FOR ENLARGEMENT OF TIME

Comes now the United States, by and through its undersigned attorneys, and hereby moves to file a Motion for Enlargement of Time to file its Objection to Defendant's Motion for a Level 4 Reduction Under U.S.S.C. §5K3.1 by one day.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401)709-5000
(401)709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2008, I electronically filed the within Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. A copy has been forwarded by regular mail to:

Fermin Antonio Medina
Reg. #05737-070
FCI Ray Brook
P.O. Box 9004
Ray Brook, New York 12977

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401)709-5000
(401)709-5017 (Fax)
Email: dulce.donovan@usdoj.gov