UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-073 ML

FERMIN ANTONIO MEDINA

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for a 4 level Reduction in his offense level under the United States Sentencing Guidelines. Defendant bases his request on the so-called "Fast Track Program", U.S.S.G. § 5K3.1.

The Government objects, pointing out that there is no procedural basis upon which to grant Defendant the relief he seeks. The Court agrees. Therefore, Defendant's Motion is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 25, 2008